UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INDICTMENT

    - v. -                       :    08 Cr. _____

JOHN BORGES,

           Defendant.         :

                  **08 CRIM 693**

- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about April 20, 2008, in the Southern District of New York and elsewhere, JOHN BORGES, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 28, 2006, in the Second Judicial District Court of Minnesota (Ramsey County), for Burglary in the Third Degree, a felony in violation of Minnesota Statutes Section 609.582.3, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm and ammunition, to wit, a .380 caliber Bersa handgun and .380 caliber American Eagle ammunition, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____                    _____
FOREPERSON                                 MICHAEL J. GARCIA
                                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOHN BORGES,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1)))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

7/28/08 Filed Indictment. Case assigned to Judge Baer.

Ellis M.J.